ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                     )
                                                 )
Bristol Design Build Services, LLC               )   ASBCA Nos. 63570-ADR, 63602-ADR
                                                 )
Under Contract No. N62473-17-D-4636              )

APPEARANCES FOR THE APPELLANT:          Jonathan A. DeMella, Esq.
                                        Anne Marie Tavella, Esq.
                                          Davis Wright Tremaine LLP
                                          Seattle, WA

APPEARANCES FOR THE GOVERNMENT:         Allison M. McDade, Esq.
                                          Navy Chief Trial Attorney
                                        Merideth Mendenhall, Esq.
                                        David M. Marquez, Esq.
                                          Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: March 11, 2025

_____
LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63570-ADR, 63602-ADR, Appeals of Bristol Design Build Services, LLC, rendered in conformance with the Board's Charter.

Dated: March 12, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals